# EXHIBIT A

## NOTICE OF CONSENT

I consent to be a party plaintiff in this action and, if necessary, a subsequent action, to recover any unpaid wages owed to me by:

Someone Cares, Inc. of Atlanta, and related entities.

I consent to join the lawsuit in which this Notice of Consent is filed by Bailey Cowan Heckaman PLLC and/or any of its co-counsel (collectively "BCH") and on my behalf (the "Lawsuit").

I performed the duties and was paid in the manner described in the active Complaint or Petition in this Lawsuit.

If I am not a Named Plaintiff in this Lawsuit (i.e., if my name does not appear at the top of the first page of pleadings in this Lawsuit), then I authorize the named Plaintiff(s) and BCH to file and prosecute the Lawsuit on my behalf, and I designate the named Plaintiff(s) to make decisions on my behalf concerning the Lawsuit, including negotiating and deciding a resolution of my claims, including any pretrial or post-trial settlement, and I understand that I may be bound by such decisions, subject to Court approval if necessary or required.

I agree to be represented by BCH in this Lawsuit. I agree to be bound by the Contract of Representation executed between the named Plaintiffs in this Lawsuit and BCH, subject to the additional terms stated in this Notice of Consent. I may obtain a copy of the executed Contract(s) of Representation by contacting BCH in writing.

In the event this Lawsuit is not certified or is decertified, I authorize BCH to reuse this Notice of Consent to re-file my claims in separate or related action(s) against the named Defendant(s) in this Lawsuit.

_____
Signature

Hakeem Jamal White
_____
Full Legal Name (print)

11/18/2021
_____
Date

BAILEY COWAN HECKAMAN PLLC
1360 Post Oak Blvd., Suite 2300, Houston, Texas 77056
overtime@bchlaw.com  ●  1-866-716-8300