IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

HAKEEM WHITE, on behalf of himself and others similarly situated,

    Plaintiff,

v.

SOMEONE CARES INC. OF ATLANTA, RONNIE E. BASS, and WINSTON LIBURD,

    Defendants.

Case No. 1:22-cv-00141-ELR

## ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS MATTER** is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. All Defendants shall respond to Plaintiff's Complaint on or before March 11, 2022.

**DONE AND ORDERED** this 10th day of February, 2022, in the United States District Court, Northern District of Georgia.

*Eleanor L. Ross*

The Honorable Eleanor Louise Ross
District Court Judge

cc: Counsel of Record