IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

HAKEEM WHITE, on behalf of
himself and others similarly situated,

     Plaintiff,                        Case No. 1:22-cv-00141-ELR

v.

SOMEONE CARES INC. OF
ATLANTA, RONNIE E. BASS, and
WINSTON LIBURD,

     Defendants.

_____/

**PROPOSED ORDER ON DEFENDANTS' SECOND UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

**THIS MATTER** is before the Court on Defendants' Second Unopposed

Motion for Extension of Time to Respond to Plaintiff's Complaint. The Court,

having reviewed the file and being fully advised in the premises, finds that there is

good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. All Defendants shall respond to

Plaintiff's Complaint on or before April 11, 2022.

**DONE AND ORDERED** this 11th day of March, 2022, in the United

States District Court, Northern District of Georgia.

_____
The Honorable Eleanor Louise Ross
District Court Judge

cc: Counsel of Record