IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| HAKEEM WHITE, on behalf of himself and others similarly situated, § § § *Plaintiff*, § § v. § § SOMEONE CARES INC. OF § ATLANTA, RONNIE E. BASS, and § WINSTON LIBURD, § § *Defendants*. § | CIVIL ACTION NO. 1:22-cv-00141-ELR<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 11, 2022, I served a true and correct copy of Plaintiffs' Initial Disclosures on Defendants' counsel by e-mail, as follows:

> Whitney M. DuPree
> SPIRE LAW, LLC
> 2572 W. State Road 426, Suite 2088
> Oviedo, Florida 32765

DATED this 11th day of May, 2022

Respectfully submitted,

**BAILEY COWAN HECKAMAN PLLC**

/s/*Robert W. Cowan*
Robert W. Cowan
Texas State Bar No. 24031976
Admitted *Pro Hac Vice*
Hayden N. Wyatt
Texas Bar No. 24125876

1

        Admitted *Pro Hac Vice*
        Katie R. Caminati
        Texas Bar No. 24098079
        Admitted *Pro Hac Vice*
        Four Oaks Place
        1360 Post Oak Blvd., Suite 2300
        Houston, TX 77056
        Telephone: 713-425-7100
        Facsimile: 713-425-7101
        rcowan@bchlaw.com
        hwyatt@bchlaw.com
        kcaminati@bchlaw.com

        **MICHAEL A. MILLS, P.C.**

        /s/ *Michael A. Mills*
        Michael A. Mills
        Georgia Bar No. 509720
        1349 W. Peachtree Street, NW
        Suite 1995
        Atlanta, Georgia 30309
        Telephone: 404-815-9220
        Facsimile: 678-317-0956
        mike@millslegal.net

## CERTIFICATE OF SERVICE

I certify that the above and foregoing document was filed via this Court's CM/ECF system, which automatically serves all registered counsel of record in this case

        /s/ *Robert W. Cowan*
        Robert W. Cowan