IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HAKEEM WHITE, on behalf of himself and others similarly situated, | § § § § | CIVIL ACTION NO. 1:22-cv-00141-ELR |
| *Plaintiffs*, | § § § | |
| v. | § § | JURY TRIAL DEMANDED |
| SOMEONE CARES INC. OF ATLANTA, RONNIE E. BASS, and WINSTON LIBURD, | § § § § § | COLLECTIVE ACTION |
| *Defendants*. | | |

## **PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION**

Plaintiffs Hakeem White and Jerome McIntosh, on behalf of themselves and others similarly situated (collectively "Plaintiffs"), file this Motion and the accompanied Memorandum in Support of Plaintiffs' Motion for Conditional Class Certification, moving the Court to conditionally certify a class pursuant to 29 U.S.C. § 216(b). For the reasons stated in the accompanying memorandum of law, Plaintiffs respectfully request that this Court conditionally certify the requested class, authorize dissemination of the suggested notice to potential members of this collective action, as well as order Defendants to provide the names, addresses, email addresses, and telephone numbers of all current and outreach personnel who have worked for Defendant during the "Relevant Time Period" from January 12, 2019

1

through the present, and award Plaintiffs all other relief to which they may be justly entitled.

DATED this 12th day of July, 2022

**BAILEY COWAN HECKAMAN PLLC**

/s/*Robert W. Cowan*
Robert W. Cowan
Texas State Bar No. 24031976
*Admitted Pro Hac Vice*
Hayden N. Wyatt
Texas Bar No. 24125876
*Admitted Pro Hac Vice*
Katie R. Caminati
Texas Bar No. 24098079
*Admitted Pro Hac Vice*
Four Oaks Place
1360 Post Oak Blvd., Suite 2300
Houston, TX 77056
Telephone: 713-425-7100
Facsimile: 713-425-7101
rcowan@bchlaw.com
hwyatt@bchlaw.com
kcaminati@bchlaw.com

**MICHAEL A. MILLS, P.C.**

/s/ *Michael A. Mills*
Michael A. Mills
Georgia Bar No. 509720
1349 W. Peachtree Street, NW
Suite 1995
Atlanta, Georgia 30309
Telephone: 404-815-9220
Facsimile: 678-317-0956
mike@millslegal.net

## CERTIFICATE OF SERVICE

I certify that the above and foregoing document was filed via this Court's CM/ECF system, which automatically serves all registered counsel of record in this case.

                                            */s/ Robert W. Cowan*
                                            Robert W. Cowan

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D

In accordance with Northern District of Georgia Local Rule 7.1(D), the undersigned certifies that **PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION** has been prepared using 14-point Times New Roman font in compliance with Local Rule 5.1.

                                            */s/ Robert W. Cowan*
                                            Robert W. Cowan