IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

HAKEEM WHITE, on behalf of
himself and others similarly situated,

    Plaintiffs,

v.                                         Case No. 1:22-cv-00141-ELR

SOMEONE CARES INC. OF
ATLANTA, RONNIE E. BASS, and
WINSTON LIBURD,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Hakeem White and opt-in Plaintiff Jerome McIntosh, ("Plaintiffs") and Someone Cares Inc. of Atlanta, Ronnie E. Bass, and Winston Liburd ("Defendants"), by and through their undersigned counsel, notify the Court that the Parties have reached a settlement in principle resolving their claims, subject to the Parties entering a Settlement Agreement and the Court's approval of the Parties' Settlement Agreement. The Parties respectfully ask the Court to allow them 60 days in which to file their Joint Motion for Approval of Settlement and/or Joint Stipulation of Dismissal with Prejudice.

Dated this 19th day of August, 2022.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

| | |
|---|---|
| BAILEY COWAN HECKAMAN PLLC<br>By: /s/ Katie R. Caminati<br>Robert W. Cowan<br>Texas State Bar No. 24031976<br>Admitted Pro Hac Vice<br>Hayden N. Wyatt<br>Texas Bar No. 24125876<br>Admitted Pro Hac Vice<br>Katie R. Caminati<br>Texas Bar No. 24098079<br>Admitted Pro Hac Vice<br>Four Oaks Place<br>1360 Post Oak Blvd., Suite 2300<br>Houston, TX 77056<br>Telephone: 713-425-7100<br>Facsimile: 713-425-7101<br>rcowan@bchlaw.com<br>hwyatt@bchlaw.com<br>kcaminati@bchlaw.com | SPIRE LAW LLC<br>By:  /s/  Ian E. Smith<br>Ian E. Smith, Esq.<br>Georgia Bar No. 661492<br>Whitney M. DuPree, Esq.<br>Georgia Bar No. 880909<br>2572 W. State Road 426, Suite 2088<br>Oviedo, Florida 32765<br>407.494.0135<br>ian@spirelawfirm.com<br>whitney@spirelawfirm.com<br>filings@spirelawfirm.com |

MICHAEL A. MILLS, P.C.
By: /s/ Michael A. Mills
Michael A. Mills
Georgia Bar No. 509720
1349 W. Peachtree Street, NW
Suite 1995
Atlanta, Georgia 30309
Telephone: 404-815-9220
Facsimile: 678-317-0956
mike@millslegal.net

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 19th day of August, 2022, the foregoing was served via email on all counsel or parties of record on the Service List below.

| Robert W. Cowan, Esq.<br>Hayden N. Wyatt, Esq.<br>Katie R. Caminati, Esq.<br>BAILEY COWAN HECKAMAN PLLC<br>Four Oaks Place<br>1360 Post Oak Blvd., Suite 2300<br>Houston, TX 77056<br>rcowan@bchlaw.com<br>hwyatt@bchlaw.com<br>kcaminati@bchlaw.com | Michael A. Mills, Esq.<br>1349 W. Peachtree Street, NW<br>Suite 1995<br>Atlanta, Georgia 30309<br>Telephone: 404-815-9220<br>Facsimile: 678-317-0956<br>mike@millslegal.net |
|---|---|

*/s/  Ian E. Smith*