# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| HAKEEM WHITE, *on behalf of himself and others similarly situated*, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:22-CV-00141-ELR |
| SOMEONE CARES INC. OF ATLANTA, et al., | * * * | |
| Defendants. | * * | |

_____

**O R D E R**

_____

On August 19, 2022, the Parties filed a "Joint Notice of Settlement," in which they notify the Court that they have reached a settlement in principle. [Doc. 28]. Additionally, the Parties request that the Court "allow them 60 days in which to file their Joint Motion for Approval of Settlement and/or Joint Stipulation of Dismissal with Prejudice." [See id.]

Upon review, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.[1]  The Parties shall file their Joint Motion for Approval of Settlement and/or Joint Stipulation of Dismissal with Prejudice upon finalization of

---

[1] The Court notes that administrative closure does not affect the rights of any Party.  Any Party may move to reopen the case at any time.

the settlement documents. If settlement fails, the Parties should promptly move to reopen the case.

**SO ORDERED**, this 22nd day of August, 2022.

>  *Eleanor L. Ross*
> ──────────────────
> Eleanor L. Ross
> United States District Judge
> Northern District of Georgia